# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) DEBORAH DAVIS, individually and as Personal Representative of the Estate of Barbara Mosley;<br>(2) TOMMY DAVIS;<br>(3) GERALD DAVIS;<br>(4) JOEL DAVIS; and<br>(5) DALE MOSLEY,<br><br>　　　　Plaintiffs,<br>v.<br><br>1) FEDERAL INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. CIV-18-667-R<br><br>Removed from Oklahoma County<br>Case No. CJ-2018-3398 |

## NOTICE OF REMOVAL

1.　Federal Insurance Company is Defendant in a civil action brought against it in the District Court of Oklahoma County, State of Oklahoma, and titled *Deborah Davis, et al. v. Federal Insurance Company*, Case No. CJ-2018-3398.

2.　At the time of filing this action and at the present time, Deborah Davis was and is a resident and citizen of the State of Oklahoma, Barbara Mosley was a resident and citizen of the State of Oklahoma at the time of her death, and we believe that the remaining Plaintiffs were and are citizens and residents of the State of Oklahoma, and in any event, not citizens and residents of the State of Indiana. At the time of the filing of this action and at the present time, Federal Insurance Company was and is a corporation duly organized and existing under the laws of the State of Indiana and no other state, with its principal place of business in Indianapolis, Indiana; it is not a citizen of Oklahoma.

3. Plaintiffs claim to be entitled to recover an amount exceeding that specified by 28 U.S.C. §1332 to invoke federal diversity jurisdiction and, therefore, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. This is the kind of action of which the United States District Courts have original jurisdiction because of diversity of citizenship and sufficiency of amount in controversy.

5. The aforementioned action was commenced by service of summons upon CT Corporation, as Service Agent for Defendant, on June 28, 2018, and this Notice of Removal is, therefore, timely filed under the provisions of 28 U.S.C. § 1446.

6. Copies of all process, pleadings and orders filed or served upon Defendant in the aforementioned state action are attached hereto as Exhibits 1 through 3 (1--Petition, 2--Summons, 3--CT Corporation Transmittal) and made a part hereof. In addition, pursuant to LCvR 81.2(a), a copy of the Oklahoma County District Court docket sheet is attached as Exhibit 4.

Respectfully Submitted,

s/Mack J. Morgan III
MACK J. MORGAN III, OBA #6397
**CROWE & DUNLEVY**
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
mack.morgan@crowedunlevy.com

**ATTORNEY FOR DEFENDANT FEDERAL INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      I certify that on the same date this Notice of Removal was filed in the United States District Court for the Western District of Oklahoma that a true and correct copy of said Notice of Removal was served by mailing, postage prepaid, to the following attorneys of record:

    Rex Travis
    Greg Milstead
    P.O. Box 1336
    Oklahoma City, Oklahoma 73101

and further that a copy of said Notice of Removal was delivered to the Oklahoma County Court Clerk for filing, on the 11th day of July, 2018.

                                          s/Mack J. Morgan III