IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
JUN 21 2018
RICK WARREN
COURT CLERK

DEBORAH DAVIS, INDIVIDUALLY AND AS )
PERSONAL REPRESENTATIVE OF THE )
ESTATE OF BARBARA MOSLEY, TOMMY )
DAVIS, GERALD DAVIS, JOEL DAVIS, AND )
DALE MOSLEY, )
    Plaintiffs, )
vs. )    Case No. CJ-2018-3398
FEDERAL INSURANCE COMPANY, )
    Defendant. )

## PETITION

Plaintiff, for Petition against Defendant, states:

1. Defendant insured Barbara Mosley under life insurance policy #99075510. Plaintiff Deborah Davis, is one of the named beneficiaries on this accidental death policy and her personal representative. On May 29, 2017, Barbara Mosley died in Oklahoma due to an accident. Plaintiff made claim (claim #3093240) for the $300,000.00 policy benefit. Defendants wrongfully denied the claim arguing death was not accidental.

2. The denial was in bad faith, causing emotional and financial distress.

WHEREFORE, Plaintiffs pray judgment against Defendant for $300,000.00 on the contract claim, plus pursuant to 36 O.S. § 3629, interest at 15%, a reasonable attorney fee, costs, and, on the bad faith claim, an amount in excess of the amount required for federal court jurisdiction.

*[signature]*

REX TRAVIS, OBA #9081
GREG MILSTEAD, OBA #20782
info@travislawoffice.com
P.O. Box 1336
Oklahoma City, OK 73101-1336
Telephone: (405) 236-5400
Facsimile: (405) 236-5499
Attorneys for Plaintiff

**ATTORNEY'S LIEN CLAIMED**

EXHIBIT 1