## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEBORAH DAVIS, Individually and as** | ) |
| **Personal Representative of the Estate of** | ) |
| **Barbara Mosley; TOMMY DAVIS;** | ) |
| **GERALD DAVIS; JOEL DAVIS; and** | ) |
| **DALE MOSLEY,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-18-667-R** |
| | ) |
| **FEDERAL INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered in favor of Defendant.

ENTERED this 8th day of April 2019.

_David L. Russell_

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**